UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**TERRY M. LAWRENCE, JR.**                                          CIVIL ACTION

**VERSUS**

**EAST BATON ROUGE PARISH**                          NO.: 19-00206-BAJ-RLB
**PRISON, ET AL.**

## RULING AND ORDER

Before the Court is Defendants Warden Grimes's and Deputy Morgan's **Motion To Dismiss (Doc. 32),** seeking dismissal of Plaintiff's Complaint (Doc. 1) for failure to state a claim under 42 U.S.C. § 1983. The Magistrate Judge has issued a **Report And Recommendation (Doc. 48)** recommending that Plaintiff's official capacity claims against Warden Grimes and Deputy Morgan be dismissed for failure to satisfy the requirements of municipal liability, and that Plaintiff's individual capacity claims against Warden Grimes also be dismissed, leaving only Plaintiff's individual capacity claims against Deputy Morgan. Only Plaintiff filed a timely Objection to the Magistrate Judge's Report. (Doc. 50).

Having independently considered Defendants' Motion and related filings—including Plaintiff's Objection—the Court **APPROVES** the Magistrate Judge's **REPORT AND RECOMMENDATION (Doc. 48)** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that the Motion to Dismiss (Doc. 32) is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Warden Grimes are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Plaintiff's official capacity claims against Deputy Morgan are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that in all other regards Defendants' Motion is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is referred back to the Magistrate Judge for further proceedings herein.

Baton Rouge, Louisiana, this 24th day of August, 2020

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**